```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California  93721
 4  Telephone:  (559) 497-4000
 5
 6
            IN THE UNITED STATES DISTRICT COURT FOR THE
 7
                    EASTERN DISTRICT OF CALIFORNIA
 8
 9
10
11  UNITED STATES OF AMERICA,       )  Case No: 1:11-CR-251
                                    )
12                    Plaintiff,    )
                                    )  ORDER TO UNSEAL INDICTMENT
13       v.                         )
                                    )
14                                  )
    BRUCE LEON DANIELS,             )
15                                  )
                      Defendant.    )
16                                  )
                                    )
17
18       Upon application of the United States of America and good cause
19  having been shown,
20       IT IS HEREBY ORDERED that the indictment in the above-captioned
21  proceeding be and is hereby unsealed.
22
23  Date: NOV 18, 2011            [signature]
                                  Honorable Jennifer L. Thurston
24                                United States Magistrate Judge
25
26
27
28

                                   2
```

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case NO. 1:11-CR-251 |
| Plaintiff, | REQUEST TO **UNSEAL** INDICTMENT |
| v. | |
| BRUCE LEON DANIELS, | |
| Defendant. | |

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: November 18, 2011    /s/ Elana S. Landau
                           By: Elana S. Landau
                           Assistant United States Attorney

1